# FEDERAL PUBLIC DEFENDER

Northern District of California
San Jose Division
160 West Santa Clara Street
Suite #575
San Jose California 95113

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone: (408)291-7753
FAX: (408)291-7399

June 25, 2008

Richard Seeborg
U.S. Magistrate Judge
280 South First Street
San Jose, CA 95113

CR08-90305 MISC

RE: <u>Kenneth Quinn</u>

Dear Judge Seeborg:

Our office has been contacted by Kenneth Quinn. Mr. Quinn received a target letter from Jeffrey B. Schenk, Assistant U.S. Attorney. Mr. Quinn has requested assistance from the Federal Public Defender. He has completed a financial affidavit. It is enclosed for your review.

Enclosed is a proposed order appointing the Federal Public Defender. If you have any comments or questions, please contact Nicholas Humy or Manuel Araujo. Thank you for your attention to this matter.

Sincerely,

BARRY J. PORTMAN
Federal Public Defender

ELAINE A. SPIKES
Branch Administrative Assistant
for the Federal Public Defender

:eas
enclosures