


U.S. Department of Justice

United States Attorney
Northern District of California

E-FILING

150 Almaden Boulevard, Suite 900   PH: (408) 535-2695
San Jose, California 95113         FAX: (408) 535-5081

June 2, 2008

**FILED**
JUN 2 6 2008

Kenneth Quinn
5780 Pontiac Drive
San Jose, CA 95123

CR08-90305 MISC  RS

Dear Mr. Quinn:

    I write to inform you that you are the target of an investigation by the Department of Homeland Security, Immigration and Customs Enforcement and the U.S. Attorney's Office for the Northern District of California regarding the possession of images of child pornography. This is a serious allegation and one which may require the assistance of an attorney.

    The government is available to discuss a pre-indictment resolution of this matter. Please have your counsel contact the undersigned by June 20, 2008.

    If you have any questions or concerns, please contact me at (408) 535-2695

Very truly yours,

JOSEPH P. RUSSONIELLO
United States Attorney

JEFFREY B. SCHENK
Assistant United States Attorney