FILED
JUN 2 6 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           ) No. CR08-90305 MISC RS
                                     )
              Plaintiff,             ) [PROPOSED] ORDER APPOINTING
                                     ) THE FEDERAL PUBLIC DEFENDER
       vs.                           )
                                     )
KENNETH QUINN,                       )
                                     )
              Defendant.             )
_____)

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Federal Public Defender shall be appointed to represent Kenneth Quinn, precharge.

DATED: 6/25/, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

CJA 23 - Submitted

1